**1238 SPRINGWELLS TOWNSHIP vs. COUNTY TREASURER** (Wayne), 58 M., 240.

**1239 HAMTRAMCK TOWNSHIP vs. COUNTY TREASURER** (Wayne), 58 M., 240.

To compel respondent to pay over to relators the amount of certain liquor taxes, collected from sundry liquor dealers, in certain territory which, at the time the tax became due and payable, belonged to the above named townships, but which had been afterwards, and before the collection of the tax, detached and attached to the City of Detroit.

Granted October 14, 1885.